IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SANDRA A. ROGERS                                                    PLAINTIFF

v.                    Case No. 3:09-cv-184-DPM

NATIONAL HEALTHCARE OF NEWPORT, INC.
a/k/a HARRIS HOSPITAL; DR. FRAN DUKE; and
AETNA LIFE INSURANCE COMPANY                          DEFENDANTS

JUDGMENT

The Court enters judgment for Harris Hospital and Dr. Fran Duke and dismisses Sandra Rogers's complaint against them with prejudice. The Court dismisses Rogers's complaint against Aetna without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 February 2011